UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA K. BREWER,

    Plaintiff,

v.

CAPITAL ONE FINANCIAL CORPORATION,

    Defendant.

_____/

Case No. 1:19-cv-1067

HON. JANET T. NEFF

## ORDER OF DISMISSAL

Pending before the Court is the parties' Agreed Stipulation of Dismissal with Prejudice (ECF No. 19). The Court having reviewed the filing:

**IT IS HEREBY ORDERED** that the Agreed Stipulation of Dismissal with Prejudice (ECF No. 19) is GRANTED; this action is DISMISSED with prejudice, and with each party to bear its own costs and attorney fees.

Dated: July 8, 2020

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge